UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| IN RE: | CASE NO. 20-BK-50403 |
| JOHN NISLY, III<br>NICOLE L. NISLY | CHAPTER 13 |
| Debtor | JUDGE: KOSCHIK |

## MOTION TO INCUR NEW DEBT

Now come Debtors, John and Nicole Nisly, who humbly request this Court for an Order allowing the debtor, Nikki Nisly, to trade-in her car and finance another, thus incurring more debt. Nikki Nisly's 2011 Ford, estimated in value at $5,330.00 (106d), needs about $4,000.00 in repairs and has a payment of $219.00 a month (106j) on a balance due of $4,923.00 (106d). Nikki Nisly would rather finance another, more fuel-efficient vehicle than keep making costly repairs to her current one, somewhat increasing her monthly payment, but lowering fuel and repair costs. She expects the net difference between her old and new expenses (car payment plus fuel plus repairs) to be approximately the same or less than she is paying now.

Nikki Nisly is looking at a monthly payment of $360 or less under a 60 month loan, which is a higher payment than she is paying now ($219). However, the estimated savings in gas and repairs would be $258.00 a month, resulting in a net monthly savings. Once approved by the Court, the schedules will be amended to reflect the new amounts. The vehicle dealing is currently awaiting the Court's approval for this sale, so Nikki Nisly would humbly request the Court to issue the order quickly before the dealer sells the vehicle to someone else.

Respectfully submitted,

*(signature)*

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for John and Nicole Nisly