THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 20-50403
John Nisly, III )
Nicole Louise Nisly ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRUSTEE'S OBJECTION TO MOTION TO
) PURCHASE
)
) TRUSTEE'S REQUEST FOR HEARING

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby objects to the

__X__  Debtor(s) Motion to Purchase an Automobile

_____  Debtor(s) Motion to Purchase Real Estate

The debtor(s) have not supplied sufficient information for the Trustee to evaluate whether the motion to purchase represents the debtor(s) best efforts pursuant to 11 USC Section 1325(b)(1)(B).

The Trustee requests that the debtor provide additional documents so the proposed modification may be evaluated. The additional documents requested are:

_____  Updated paystubs for the debtor(s)

_____  The most recent filed tax return for the debtor(s)

_____  Any other documentation related to the requested motion to purchase
i.e. 401k documentation, settlement statement on another lawsuit,
  proof of contribution from a family member, etc.)

__X__  Amended Schedules I and J

_____  Affidavit of Family Member or Friend supplying funds to the debtor(s)

__X__  The purchase agreement with VanDevere states that there is a down payment of $10,000 on the proposed purchase of the 2020 Kia. The Trustee would like to know where the down payment is coming from. This case was filed February 22, 2020, proposing a plan payment of $1525 per month. The Trustee has not received a payment on this case. The first payment was due before March 22, 2020. A pay suspension was filed April 6, 2020, through June 6, 2020. Plan payments should have resumed in June, 2020. An amended schedule J will need to be filed showing the new auto payment of $360 per

month. The plan may also need to be amended once the 2011 Ford Edge listed in #3.1 is traded in on the new vehicle.

WHEREFORE, the Trustee hereby requests the Court sustain the Trustee's objection if these documents and other information are not provided to the Trustee's Office and further requests a hearing on this matter.

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

      I hereby certify that on 08/10/2020, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

| | |
|---|---|
| John Nisly, III<br>541 Mineola Avenue<br>Akron, OH 44320 | Nicole Louise Nisly<br>541 Mineola Avenue<br>Akron, OH 44320 |

<u>Via ECF</u>

MARK FRANKLIN GRAZIANI ESQ (mark_graziani@yahoo.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 08/10/2020 | By: H. Byler<br>Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072