UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-50403 |
| | ) | |
| JOHN NISLY, III | ) | |
| NICOLE L. NISLY | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## MOTION TO WITHDRAW OBJECTION TO TRUSTEE'S RECOMMENDATION FOR TREATMENT OF CLAIM

On February 23, 2021, Trustee Keith Rucinski recommended to the Court that the trustee pay the Huntington claim (#06-1) in the amount of $5,459.33 because it was not listed in the Chapter 13 plan. Debtors John and Nicole Nisly objected to this recommendation because the secured Huntington debt was already being paid outside the plan, and has been since filing. On March 2, 2021, Trustee Keith Rucinski filed a modified Intent to Pay Claims disregarding the Huntington claim, rendering the debtors' objection moot.

Thus, Debtors John and Nicole Nisly hereby withdraw their Objection to the Trustee's original recommendation.

Respectfully submitted,

/s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for John and Nicole Nisly

1